IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**UNITED STATES OF AMERICA**                                            **PLAINTIFF**

    v.             **Criminal No. 08-50024**
                    **Civil No. 11-5031**

**HIPOLITO BARAJAS-ORTIZ**                                        **DEFENDANT**

**O R D E R**

Now on this 28TH day of March, 2012, comes on for consideration the **Report and Recommendation** of the Magistrate Judge (Doc. 59) to which no objections have been filed. The Court has reviewed the Report and Recommendation and finds that it is sound in all respects and that it should be adopted *in toto.*

**IT IS THEREFORE ORDERED** that the **Report and Recommendation** of the Magistrate Judge (Doc. 59) is hereby **adopted *in toto;*** and

**IT IS FURTHER ORDERED** that, for the reasons stated in the Magistrate Judge's Report and Recommendation, plaintiff's **Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence** (Doc. 43) is **denied.** Plaintiff's civil case brought under 28 U.S.C. § 2255 is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

                                                      **/s/JIMM LARRY HENDREN**
                                                      **JIMM LARRY HENDREN**
                                                      **UNITED STATES DISTRICT JUDGE**